**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| KRISTINA STEETS, | : | No. 302 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CELEBRATION FIREWORKS, INC. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2024, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by Petitioner, is:

> Because specific loss benefits are not payable until either
> disability ceases or the worker dies, did [the] Commonwealth
> Court err by limiting receipt of specific loss benefits
> posthumously to only claimants who die because of a cause
> unrelated to the work injury?